# UNITED STATES BANKRUPTCY COURT

## Western District of Kentucky

IN RE:
David E Brody

Case No.:22−31713−crm

Debtor(s)

Chapter: 13

# NOTICE FOR OBJECTIONS

This matter comes before the Court regarding item(s) listed below:

Notice for Objections regarding regarding (related document(s)10 Motion for Preliminary Approval of Class Settlement, Approval of Notice to the Class, and Scheduling of a Final Fairness Hearing filed by Plaintiff David E Brody) filed in related AP 25−3044. Objections due by 11/19/2025. Any objection must be typewritten and in proper pleading form as required by Federal and Local Rules. (MES)

and the Court being sufficiently advised,

IT IS HEREBY ORDERED that objections, if any, be filed with the Clerk of the U.S. Bankruptcy Court.

All objections shall by typewritten and in proper pleading form as required by the Federal Rules of Bankruptcy Procedure and you shall certify that you have mailed a copy of the objection to the Movant.

A copy of said pleading is available for inspection and/or copying in the Clerk's Office.

A copy of this notice shall be mailed to parties in interest.

Dated: 10/29/25

FOR THE COURT
Elizabeth H. Parks
Clerk, U.S. Bankruptcy Court

By: MES
Deputy Clerk